**CHIEF JUSTICE**
ROGELIO VALDEZ

**JUSTICES**
NELDA V. RODRIGUEZ
DORI CONTRERAS GARZA
GINA M. BENAVIDES
GREGORY T. PERKES
NORA L. LONGORIA

**CLERK**
CECILE FOY GSANGER



# Court of Appeals

## Thirteenth District of Texas

NUECES COUNTY COURTHOUSE
901 LEOPARD, 10TH FLOOR
CORPUS CHRISTI, TEXAS 78401
361-888-0416 (TEL)
361-888-0794 (FAX)

HIDALGO COUNTY
ADMINISTRATION BLDG.
100 E. CANO, 5TH FLOOR
EDINBURG, TEXAS 78539
956-318-2405 (TEL)
956-318-2403 (FAX)

*www.txcourts.gov/13thcoa*

July 30, 2015

Hon. Keri L. Miller
Assistant County Attorney
415 Saint Louis Street
Gonzales, TX 78629-4029
* DELIVERED VIA E-MAIL *

Hon. Paul Watkins
County Attorney
415 Saint Louis Street
Gonzales, TX 78629
* DELIVERED VIA E-MAIL *

Hon. L. Chris Iles
Attorney at Law
American Bank Plaza
711 N. Carancahua #700
Corpus Christi, TX 78401
* DELIVERED VIA E-MAIL *

Re:      Cause No. 13-14-00019-CR
Tr.Ct.No. 135-09-B
Style:    John David Russell v. The State of Texas

Enclosed please find the opinion and judgment issued by the Court on this date.

Very truly yours,

Cecile Foy Gsanger, Clerk

CFG:ch
Enc.
cc:    25th District Court (DELIVERED VIA E-MAIL)
       Hon. Janice Sutton, Gonzales County District Clerk (DELIVERED VIA E-MAIL)
       Hon. Billy Ray Stubblefield, Presiding Judge, Third Administrative Judicial
       Region (DELIVERED VIA E-MAIL)